Mr. James Lynn O'Hines
A.S.P.C. Florence Eymun Complex
Box 3400 1-D-40 SMU II
Florence Az. 85232.

FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ Prose

'08 CV 0763 J PCL

9th District Quasi Jurisdiction
28 U.S.C. §§ 1332 - 1337
401 W. Washington St Spc 1. Phoenix Az 85232
880 Front Street, San Diego Ca 92101
3470 Twelfth Street Rm 134 Riverside Ca. 92501

| | |
|---|---|
| Mr. James Lynn O'Hines vs. | § 540 Mandamus & Other |
| Wardon Ontiveros | § 362 Medical Malpractice |
| Director Schriro | § 864 SSID Title XVI |
| CCPOA & P.O.A union c/os. | § 470 R.I.C.O. |

Prisoners Motions Imminent Dangers
Health and Safety Preliminary Injunctions
Case at Law Farmer V. Brennan
511 U.S. at 842.

A. Failure to respond: Officials have not responded to prisoners informal and formal requests.
Inmate has filed letters and grievences as to over familiar associations with staff and need (pending parole) ... for S.M.U. I or Tucson Az facility transfer from Buckeye to work as a visually impaired I/m denied the equal and fair treatment as others 11-13-06 to 4-5-08. #

— History — 1998, 99, 00, 01

CDC^s Pleasent Valley State Prison Officer Structered

☆ Orginized Crime Ring Assoc./Affiliation Orientated

Dalley Log Book

2* Administrative Segregation Staff

Capt Robachaux

Assoc. Warden Tezoerla

CCII Dunlap

CCII Ducray

Dr. Forester

Cordy Hall acting psych tech "agitator"

Capt Dan Hagen - Staff

Darlene Galaza Dent "Beauc" Rohan AKA'S

Audio-video tech Larry Hisson

IGI / SSU C/os unidentified

RJ. Donovan transplants follow up

to

Corcoran S.H.U. 99, 00, 01

Lt. Mcclroe (Mary Cook, S.B. Court)

C/o Martinez > Viola Yamamoto

C/o Ramirez Dr Kim Young

Corcoran A.C.H psych staff > Korean Church

to Bompart

CMC - East L.O.U. Lt. Mcelroe

CCII Gallagher 1970's

Pr. Weaver 1980's ... History

Dr. Dargh 2000's

Dr Clifft 05

V Mason / Kof C

Example: Safety Glasses for disability of Amlyopia are needed with photogray lenses Right Eye only. Doctors have provided only prescription glasses to blur vision. (Discrimination based on disability.)

Punishment as withholding food from 3-4-08 to 4-7-08 is also cruel and unusual punishment and/or treatment patternistically in need of preliminary and permanent injunctions under statutes and Case at Law: Brown V. Toombs 139 F.3d 1102, 1104, 6th Cir (1998) ---sic--- I/m must ... Allege and show they have exhausted all available administrative remedies ... sic." Parole and Prison Custody have failed the prisoner the Right to be protected from Malicious and Sadistic intent for "failure to protect claim".

B. 1. Substantial Risk of serious harm: Yes. Injunctive relief is requested to prevent any more assaults in the future by psychological or physical means or medical deprivation of Medi-caid Medi-cal recipient Exp. 2009" Example: On 10-10-04 and 8-6-05 Ad-seg Lock up Orders Inre: police and sheriff popularity were chrono-filed.

2. Officials knowledge of Risks: Yes. The reasons stated to officials were that as a "California Parolee" geographical reputation to Arizona followed A.W.O.L. Parolee, adversely. They were advised. Television Programs exposed Calif I/m s. related to plaintiff as Aryan Brotherhood, I/m Michael Carmichael.

Constructionist Diagram

San Diego Police

Hatfields — Elzys

Hissongs — Hall

Nikki Cole — David Clark

Nick Kempski — Nick Depento

El Centro — Phoenix Az

Santa Barbara Ca.

De La Vina St
Ortega St.
Jaquil Hissong - Hanna

Phoenix Az

C.C.P.O.A. Unionist
RJDonovan
PVP
Cor Sац ☆
Cmc East
Fol Sac
ASH.

Phoenix Az

John Petze - Shaw for Pelton ☆

3. Officials failure to respond Reasonably: Yes. Investigative lockdown for 30 days at Buckeye extended to 60 days and exposure to inmates in crowded cells of racial ethnicity / origins different to petitioner. as hispanic, Indian, mexican, eg.

4. Causation and Injury: Yes. Ad-seg lock up orders placed inmate in cells that had white and mexican inmates as cell mates and forced inmates to sleep on floors alternately, and injury occurred. Differential Treatment failure to treat all persons equally when no reasonable distinction can be found between those favored and those not is violated by classification.

5. Incident? I/m on floor injected inmate leg with a hypodermic needle (syringe) with toxic infection to cause an inverted abcess injury that forced Medical Hospitalization and cell moves to another cell for 3 man housing to inmate of different race October 2005 to January 2006 Medical Attention with permanent injury of resulted fudiciary wound on right upper thigh.

C. Typical failure to protect claims: Because of Ad-seg lock up orders and County Jail lock up Orders prisoner is / was unusually vulnerable: Case at Law: Saunders v. Chatham County Bd. of Comm'S 728 F2d 1367, 1368 (11th Cir. 1984) Affirming $10,000.00 verdict to plaintiff where jail officials failed to segragate his attacker who had exhibited a violent pattern of behavior. I/m who stabbed plaintiff w/ syringe is a rival Biker Gang Member and Known

to plaintiff from Pierson Street Baptist Church as a Hechen or Hechan Motorcycle Club member w/ Indian - white cousin of plaintiff employed as a MTA. capable of providing a syringe. Adversity to tattoos that symblize Mongol and Hells Angels seperatism.

The I/m who stabbed plaintiff as was pre witnessed at Pierson Street Baptist Church in Phoenix Az is also associated to c/o Eric S. Pierson a distant cousin to plaintiff who has filed sexual harassment charges against defendant in pinal county. Case No. CV 2008 00031 Order to pay file fees Waiver denied, Motion 13.3 to join to Hines v. Napolitano Schriro et all case No. 20070 1564 pending fees paid. (The Pierson family are cousins to plaintiff.) And c/o S. Williams at Hospital in Phoenix and church. And seen in Memphis Tn. 1970's w/ Williams family and Capt Stringfellow at Hotel. And 22nd street in San Diego Ca. where plaintiff left A.W.O.L from Board and Care Home to arrive in phoenix Az. For purposes of Custodial Investigatory Incarceration to de-brief after an illegal arrest for aggravated assault against Mexican Indian Mr. Edward Quintana Hernandez a gang member of Noteriety and a confidential Informant also a Mongul - Hechen MC member rivals to Hells Angels all are Great Uncles and Dutch-Indian cousins to explain tattoos.

Plaintiff was/is prospected and forced into combat w/ Local Tavern security Guard Mr. Ed. Q. Hernandez.

Duce to Attitude

two Phases = [illegible] Attitude Adjustment as a educator

S.B. Coyote Bar Chopolo [illegible] Stone So.

W O'D [illegible] Kult S.D. Denis O'Connor mayor

Barnett [illegible] North Park

Drugs Porn Underground to Underground

[illegible] Universal Ar Rams Head

The City Mustang Gay Bar [illegible] Gay Bars

San [illegible]

[illegible] Rat

Chi/Chi

( Carnival/West End [illegible] ) Dead Dick

[illegible] Stars

Forward Slash [illegible] Loving [illegible]

[illegible] Macumba [illegible] Bojangles

[illegible] Bojangles

[illegible] Juan Lavec

[illegible] Bobby Bojangles

Sean South [illegible] Bojangles

Whitewater [illegible] Bojangles

phlog [illegible] 6 [illegible] Teros

[illegible]

explorer [illegible]

Fed CAP [illegible] 1000000 [illegible]

[illegible] Smith [illegible]

[illegible] Spears [illegible]

[illegible] SS [illegible]

"Malicious and Sadistic" ... intent required for excessive force claims.

(1st) C/o Williams and plaintiff talked in San Diego prior to phoenix hospitalization about HIV + syndrom medical experiments At 12th and Broadway and State and First street IOWA Hotel.

(2nd) Petitioner advised he would assist C/o Williams but would expect and demand a compensatory award of money and Music Industry opportunity

Special Note: Child of plaintiff has been abused by C/o Amber Collier Smith of pierson Street Baptist Church for application of Prison Rape Elimination Act of 2003 Signed by President George W. Bush on Sept 4 2003 as Law S. 1435.

Gaurds knowledge of syringe attack after a Lock up order for HIV + discrimination purposes is clear and convincing that they failed to stop it Over crowding and under staffing and deliberate indifference Other than sight and sound surveillence caused the excessive risks of violence. Currently a pattern of hostile adverse medical treatment is established against plaintiff, child of plaintiff visit at Corcoran SHU 6-99 # 10-99 revealed Calif Med. Assoc Complaints w/ witnesses sister Silver City N.M. Ms. Laurie Colbert of RN Irene Zimmerman - Mcdonald w/ syringe Validated and verified. Plaintiffs Mother Linda Sue Pierson at Jewish

Hospital 1989 under sight/sound surveillance was denied A.M.A signature for optional cancer treatment to Houston Tx. Daughter of plaintiff born at Alexian Bros Hospital and Phoenix County and Apache Junction Hospital for cruel and excessive unusual punishment. Media Advertised as lost and missing child named "Sadie" Plaintiffs Mother is a Seminole Indian name of "Sadie" (a) (u) differentiations.

§ 864 SSI O TitleXVI Petitioner is a medical/medicaid Recipient until 2004* Physically disabled and paroled from State Hospital entitled to Immunity pre-post Rule 11 for conviction of agg. assault ARS. 13-1204 F3 by ARS 36-548-550 as an Amnesiac prescribed Ambien 2mg at State Hospital for over 30 days w/ side effects. also pre-post Good Samaritan Hosp arrest on 10-7-04, phoenix County General and Apache Junction locations of leg surgery medical malpractices and arm burned also (tattoo of monkey) on left elbow as issue for controversy of assaults. Long list of Arm injuries locally by staff and inmates and churches in phoenix and Los Angeles especially on T.V Baptist Hermosa Beach Muslim Mosque Phoenix Az and at Florence recently by C/o Helms alleged I/m Hines (plaintiff) grabbed her arm at feeding time and charged I/m w/ assault on staff ECR days 103 Class III parole 90 days. and was/is punished by C/o Helms Ince = (Regular Meals equal to others.) *

Deddah A. City

U.S. Mission Quayle St. 40th

Con Rep

Judge Hiram Family

Jason Leonard & Assoc.

Peace officer Olson Arroleas

Pelton

Higgins

Hendersons

Gaspari

Hatfields

Elzys

Mcenroe's

Cole

Clark

Ken Karny

S.B CA Delavina Ortega St

Nick Kempolis El Centro

Nickls Cole S.D PD

Juan Barros

George Galaza

Martinez Hernandez

police Patrick Larrison LA

Evers

Mearaz

Encarnacion. LE

Edward Q. Hernandez

Ambrosia Collins

San Diego County Appeal pending since 3/26/08 for a Duplicitious Appeal Judgement to be granted. "The Traveling Armadillos" a % Union c/w Band has produced an album using Lyrics written by plaintiff who has a Florida - Nashville childhood history and Adult Entertainment Family as well as a debut of poetry reading at The Venice Cafe in St Louis Mo. and adult voice recording at Chino State Prison w/ Band of musicians, New Orleans, La. Bourbon Street and Local guitarist associates in St. Louis Mo. for controversy of Copyright Infringement by Defendants. (Lyrics and melodies.) 17 USCA §§ 106, 602 17 USCA § 506 18 USCA § 2319 18 USCA § 2320. #. Health Care Law Enforcement and Casino's, Hotels. RICO.

Plaintiff is a Witness in need of Hertzberg Leslie Wit Protection Program to take control of custody of children family medical problems and be allowed a free voice to media into Double Murder of Ron Goldman and Nicole Brown Simpson as seen in Del Mar Calif on missing cd Rom a counter-cross-claim and exposed to other evidence. Designer Bill Blass Aqua Blue jacket traded for drugs at Condo Complex University Ave San Diego Ca. Dombrowski Doctrine 1st Amend. Rights Fed. Court Injunctions Dombrowski v. Pfister 380 U.S. 479 85 S.Ct. 1116 (1965).

4/7/08

James Lynn Klinz

Need for Injunctions: Manipulation of Absconded parollee selectively due to Los Angeles Calif. case concerns by Jaffe M.D. Inc Wilshire Blvd 4000 Blk. and Camino del Rio South San Diego Ca and Stadium area "Old Collisuem" in Phoenix Az. Las Vegas Nv. and St. Louis Mo.

Mandamus and Other § 540 § 470 RICO. Plaintiff as: Mr. James Lynn O'Haro (aka Jackson Mulloy) petitioner is competent and found to be so by Az Crim R.P. 11 As a Mongol M.C. prospect of police officers Chris Wagner and Dan Hayes oppressed by church and State Union C/os and obstructed from filing a "Real Defense" to be granted relief, denied fair and impartial Venue on 3/30/05. And is victimized due to Capital Murders Witness Status and daughter and Seminole Indian Dutch Mother abuse in St. Louis to San Diego to Santa Barbara to Phoenix. (Los Angeles Ca a different parole Dept Region) For differential treatment.

Medical prescription drugs sold for profits motivated foul play by Dr. Michael A Jaffe MD Inc, and Casino Ownership by Delta Queen River Boats (Henderson - Gaston - family owned) Overburdensom Influences" locally - Alpha Bio-tech and Health Systems Inc. (fixed Jury) Conflict of Interest Motions filed by Charles R Krull and W/ K.S. Countryman P.C. Maricopa County -

Pinal Co. Rule 32.3 filed by plaintiff for Fed Motion to Vacate Judgement 22 USC § 2241 (1970) succinctly w/ pending case in San Diego No.# D052738 Seeking over 75,000.00 for diversity Jurisdiction. Under penalty of: 28 USC § 1746 (Perjury).

§ Landrum Griffin Act Unionized profiteering* △ ▽ ▷ ◁

Itemized Plan or Internet plan of Comb-church Deacon/ess

"Missouri Wing" Common Area Missouri American Wing

Christian [illegible] [illegible] Globe Co

Resale [illegible] locations

Elton Forrest = "Dr. Forrester" Chief Hall D.U.P. (Action immediately*)

Escondido Ca.

Real Estate Kowalski Linda Ward University Office Location

Southland Corp. El Cajon Blvd. / Circle K

WARRANTS.

* DMV ID portrait photocopies*
SB Sm Sec

Calif Mo. Illinois Arizona. Tri counties Sacramento San Diego

St Louis Moultrie Macon Charleston Phoenix Bisbee Tombstone [illegible]

Flagstaff Kingman Los Angeles Bakersfield

NAMES.

9th District Quasi-Jurisdiction 28 USC §§ 1332-1367
401 W. Washington St SPC 1" Phoenix Az 85003.
880 Front Street Ste 4290" San Diego Ca 92101
3470 Twelfth Street Rm. 134" Riverside Ca. 92501

Mr. James Lynn O'Hare vs.
Warden Ontiveros
Director Schriro
CCPOA & P.O.A. union %s. et al.

5 USCA § 551 Federal Agency
5 USCA § 552 F.O.I.A.
§ 625. Drug Related Seizure of property § A.T.F. FBI. INS.
21 USC 881 Forfeiture / Penalty

Corum Nobis 28 USC § 1655 I. R. A. C.
Motion for Injunction vs defendants.
Fisher V. Koehler 692 F.Supp 1519 1562 (SDNY 1988)

Issue: Law Enforcement Healthcare Network Unionized Correctional Officers vs: Sexual and Violent HIV+ hostile Under Prison Rape Elimination Act of Sept 4th 2003 President George W. Bush signed into law S. 1435-§ (P.R.E.A) § Hostile 4th Amend. Waiver paroles stalking for violations of 5th Amend. 6th Amend 8th Amend 14th Amend 1st Amend. Constitutional Violations claiming 11th Amend Immunities for hostile Narcotics business take overs w/ Church & State under color of authority seizing property from local alcohol sales places by Electronic Surveillance from East County San Diego Calif 28 USC §§ 2510-2520 with illegal drugs "Lysercicals" condensed and Home manufactured by the Tretolite Chemical Company and Soap Factories of St. Louis Mo. and San Diego calif for Quasi Jurisdictional Application: Overburdensome Influences. Maricopa County Phoenix Az Sheriffs Dept 9th 10th 11th Amend Violations for a Racially Religious Sexually unorthodox motive(s). Annotated 42 USC 1983 §§ 42 USCA 1068 Chief of Police Particular Persons under color of law; Joe Arpaio.

On parole, in custody, now behind locked doors or in handcuffs Injunctions and Cases at Law: Fisher v. Koehler 692 F.Supp 1519, 1562, S.D. N.Y. (1988) Dawson v. Kendrick 527 F. Supp. 1252, 1294 (S.D. W.Va. 1981) and Gilland v. Owens 718 F.Supp. 665 686-89 (WD Tenn 1989) Prison Conditions as illegal classification "feeding at meal times," two high level of "unconstitutional violence" and "forced gang fighting" "California to Arizona", Pleasant Valley State Prison by defendants now supervising in union capacity under color of authority.

* Over 30 days of Bagged Lunches twice on weekends and x3 a day Mon to Fri. and Rule Violations that diminish good time with out contact of other inmates except "suicide prevention assistants" who walk security most hours w/ staff. And these violations consist of On 3/4/08 and 3/7/08 in handcuffs and behind closed doors propensity of violence to injure prisoner(s) physically, emotionally healthy with out any proclivity for violence (in self defense) illegaly classified to debrief and debilitate vindictively due to over familiarity from parole in community. Verbal threats and sexually harassed after physical sexual contact San Diego to Arizona "The Mustang Club" and "Fat Cats Bar" A.T.F 155 U.C.(s). for warranted compulsory arbitration against defendants as well as Home address of plaintiff in Missouri and San Diego Ca. See: Watts v. Laurent 774 F2d 168 171-74 (7th Cir 1985) Counselors and/or staff knows of strong likelihood of assault(s) by other(s).

Established injury inflicted as cruel and unusual punishment person to person state to state. 42 usc 1997 e (e). And Exhausted Remedies Notice to Warden of Over familiarized Association leeway permited by Warden to allow Retaliation w/ food and self defense violence in cell or handcuffed. % Moronez, % Helms, etc.

# Exhibit A

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Duty/Special Needs Order - Inmate Health**

| Date Issued | Expiration Date |
|---|---|
| 3/4/08 | 3/4/08 |

**✔Check the Appropriate Category**

☐ Full Duty ☐ Limited Duty ☐ Non-Duty/No Work ☐ Lay in/Confined to living quarters with bathroom privileges

**ENSURE ALL LIMITATIONS ARE COMPATIBLE**

**Inmate Limited Duty** *(✔ Check only those that apply)*

- ☐ No lifting, No pushing, No pulling, No running
- ☐ No lifting over ____10 ____ 20 ____ 50 ____ pounds
- ☐ No repetitive bending/twisting
  Body Part ______________________
- ☐ No repetitive motion to injured part
  Body Part ______________________
- ☐ No work reaching above the shoulder
- ☐ No operation of a motor vehicle
- ☐ No climbing ________ ladders ________ stairs
- ☐ No operation of machinery or power tools
- ☐ No off-complex work assignments
- ☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.
- ☐ No exposure to respiratory irritants *(e.g. chemicals, paints, grass cuttings, etc.)*

**Other Limitations of Daily Activity** *(✔ Check only those that apply)*

Yes = Inmate is able to  No = Inmate is unable to

| Yes | No | Activity |
|---|---|---|
| ☐ Yes | ☐ No | Meals in Living Quarters |
| ☐ Yes | ☐ No | Attend Schools/Programs |
| ☐ Yes | ☐ No | Field Activities ________ day(s)/week(s) |
| ☐ Yes | ☐ No | Walk Track |
| ☐ Yes | ☐ No | Sports Activities ________ day(s)/week(s) |
| ☐ Yes | ☐ No | Visitation |
| ☐ Yes | ☐ No | Other ______________ |

MEDICAL ICE
for 4 hours
on & off

**Work Capacity, Specify Limitations:** *(Circle either hours/day or consecutive hours)*

☐ Workday Capacity

Can sit ________ hours/day or consecutive hours

Can stand ________ hours/day or consecutive hours

Can walk ________ hours/day or consecutive hours

☐ Other Limitations/Considerations *(Explain)*

______________________________

______________________________

**Additional Considerations**

**Medical Property Issued**

**Medical Property to be Returned to Clinic by:**

| | |
|---|---|
| Provider's Name [signature] | Provider's Title RN 3/4/08 |
| Provider's Signature | Date |
| Inmate's Signature | Date |

| | |
|---|---|
| Inmate Name *(Last, First M.I.)* HINES | ADC Number 197067 |
| Date of Birth | Facility/Unit ASPC-Eyman/SMU II |

Distribution
White - Medical Record, Canary - Unit Chief of Security, Pink - Inmate

1101-60P
11/28/01

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Disciplinary Report**

Case Number 08-A21-0045

| Inmate Name (Last, First, M.I.) | ADC Number | Institution |
|---|---|---|
| Inmate Name HINES | 197067 | ASPC-E/SMUII |

Charge: Group Number and Title

A05 Assault or battery with a deadly weapon or any assault on staff

**I. Statement of Violation** *(State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s))*

Statement of Violation On 3/7/2008 at approximately 0658 while I COII Helms, was serving the breakfast meal to imate Hines 197067 assigned to cell 1 D 40, Inmate Hines reached through the open food trap and grabbed my left forearm with his right hand. I COII Helms was able to break inmate Hines grip and move away from the open food trap. Inmate Hines then threw the breakfast paper sack at me, which did not strike me. Imate Hines 197067 was verbaly advised by COII Helms of being placed on report for A05 at 0705 on 3/7/2008. Report written by COII Helms at 1130 on 3/7/2008.

2006 2007 24 /10 March 2007 3/7/08 2011

(Next Thursday) 2 yrs. clean What is the Injury?

| Date of Violation | Time of Violation | Reporting Officer: (print) | Signature |
|---|---|---|---|
| 3/7/2008 | 658 | COII Helms | [signature] |
| **Shift Supervisor Review** (print name) | **Date / Time** | **Disposition** | **Signature** |
| SGT SWEETMAN 1869 | 3-7-08 / 1140 | Formal | [signature] 1869 |

**II. Delivery of Charge/Hearing Date:** I hereby certify that on 3/10/08 at 1100 hours, I have served noticed on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Major Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on 3/13/08 at T.B.A hours.

| Inmate was offered staff assistance and it was: | Inmate Signature | Delivering Officer Signature |
|---|---|---|
| ☐ accepted ☑ declined | Hines 197067 | [signature] |

**III. Report of Investigation**

MAJOR VIOLATIONS ONLY - SEE ATTACHMENT (use form # 105-5P)

| Date Investigation Completed | Investigating Officer | Signature |
|---|---|---|
| | | |

**IV. Disposition** This case was handled as:

☐ Informal Resolution ☒ Major Violation: Refer to Disciplinary Hearing Officer ☐ Minor Violation: Action taken:

Penalty Assessed For A Minor Violation

☐ _____ Hours Extra Duty ☐ _____ Days Loss of Privilege* ☐ Return/Forfeit Contraband Items*

☐ _____ Days Restriction ☐ Reprimand ☐ Other*

For Minor Violations Only: Inmate was given a copy of the results and advised that effective this date, he/she has five days to appeal

| Inmate Signature | Date / Time | Coordinator's Signature |
|---|---|---|
| | | |

** Document specific details on a continuation sheet - privileges lost; items to be returned or forfeited ; documentation of postponements and continuances; reasons for witness denial.*

(I/m states that he did not grab her / was tossing out his trash) (∅) w/3

Distribution: White - Master Record File
Yellow - Institutional File
Pink - Inmate

803-1P 5/09/01

Hermosa FSP accreditation SSI squad # 5 Crosby Co POB

Los Angeles Jim Lee adult Rights arm Chard

Joe Arpaio and Dan % Helms Staff Plumming Farm

Thompson of Kennedy polish dream

Kovalski OJ

False charges w/ photos Santa Barbara Co

C/O psych care Kenji DRS 41/1603 D-6

41/1604 D-8

Cobb

Lodge/Moon Lodge

FR/cons

NOW

ABS

ARS compensation Kentucky Prwl 1983 Marriage Sentence Solar Stations

38614

# ARIZONA STATE DEPARTMENT OF CORRECTIONS
## DISCIPLINARY SANCTION NOTICE

On 3/19/2008, Inmate Hines, ADC # 197067, HU # 1-D-40, was sanctioned to the following penalties as noted for the period of time indicated. It is imperative that staff responsible for the areas checked below take necessary action to ensure the above named inmate complies with the penalties imposed in case # 08-A21-0045

[X] **LOSS OF PRIVILEGES:** [X] To Be Served [ ] Credit Time Served
For 30 days, beginning 3/19/2008, and ending 4/23/2008 at T.B.A

[X] **ALL APPLIANCES:** (or mark specific appliance restrictions below)
[ ] TV/Converter Box [ ] Headphone/Earphone [ ] Walkman [ ] Stereo/Radio
[ ] Hair Dryer [ ] Reading Lamp [ ] Typewriter [ ] Clock
[ ] Hot Pot [ ] Cassette/Disc Player Or Turntable [ ] Other ______

**OTHER:**
[X] Commissary [ ] Exer/Equip/Pen #8 [X] Phone [ ] Hobbycraft/Musical Instrument
[ ] Activity Room [X] Visits [ ] Yard/Field
[ ] Regular Library

[ ] **PENALITIES ARE TO RUN:** [ ] Consecutive to Case # ______
[ ] Concurrent

**CONDITIONS OF LOSS:** See reverse side

[X] **CLASS III:** For 90 days.
[ ] **ROOM RESTRICTION:** For ___ days, beginning ______, ending ______ at ______ hrs
[X] **DISCIPLINARY ISOLATION:** [ ] To Be Served [X] Credit Time Served
For 15 days, beginning ______, ending ______ at ______ hrs
[ ] **EXTRA DUTY WITHOUT PAY:** [ ] To Be Served [ ] Credit Time Served
For ______ hours. Inmate will report as assigned below.
Limitations: ______

| DATE | HOURS | JOB ASSIGNED | OFFICER'S NAME | DATE | HOURS | JOB ASSIGNED | OFFICER'S NAME |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

[ ] **SUSPENDED:** ______

COMMENTS: Loss of all ERC's (103) / Reclass

Inmate acknowledges receipt of this sanction notice, understands the penalities imposed and that failure to comply with the conditions set forth by this notice, for any reason, may realize further disciplinary action taken against him.

INMATE SIGNATURE: ______ ADC #: ______ DATE: ______

WITNESS (STAFF): Rice TITLE: Sergeant DATE: 3/19/2008

Distribution:
White - Institutional File
Green - Disciplinary Program
Canary - Inmate
Pink - Unit Property Officer
Goldenrod - Security

Form: 40101023
Rev. 09/22/92

# Arizona Department of Corrections

1601 West Jefferson
Phoenix, Arizona 85007
(602) 542-5497

JANET NAPOLITANO
GOVERNOR

DORA B. SCHRIRO
DIRECTOR

May 9, 2006

Inmate Hines, ADC #197067
ASPC-Eyman, SMU II
P.O. Box 3400
Florence, Arizona 85232

Re: Forfeiture of Earned Release Credits
Case No.: 06-A21-0085
Violation: Group B, No.16

Inmate Hines:

As a result of your having been found guilty of violation Group B, No. 16, Rules of Discipline, Disrespect in the form of profanity, obscene or abusive language or gestures, and pursuant to the authority of A.R.S. §31-251, §41-1604.07 or §41-1604.10, the ASPC-Eyman Disciplinary Hearing Officer has recommended a forfeiture of earned release credits in the amount of Fifty (50) days. Effective this date, I have approved this recommendation.

Please be advised that future improved and exemplary behavior on your part may qualify you for restoration of these forfeited earned release credits.

Sincerely,

Chuck Manning
Deputy Administrator, Offender Services Bureau

CM:aj

cc: Central Office Offender Records
Institutional File
Inmate Copy

P/N 0 197067 01/03/07 11.58
IISB133 DISCIPLINE VIOLATION PAGE

ADC NO: 197067 NAME: HINES, JAMES L. STATUS: ACTIVE
*** NEW CODE *** CUR.LOC.: ASPC-E SMU II REL.DT: 02/27/2010
CASE NO: 06-A11-0030 CONCURRENT PENALTY?: N
VIOLATION DATE: 02/21/06 TIME: 11:50 LOCATION: 01 HOUSING AREA
INJURIES:STAFF: 0 INMATE: 0 VISITOR: 0
VIO. NO.: B02 THREATEN W/HARM REPORTED BY: BDC5 BOHUSZEWICZ,D
ORIGINAL: B02 THREATEN W/HARM STATUS: F FINALIZED

*********************DISPOSITION***************

| DATE | VERDICT | 01 VR | 02 WR | 03 PRV DA. | 04 PC DA. | 05 RK | 06 XDU HR. | 07 RA | 08 RC | 09 REST $$$ | 10 ISO /DET | 11 TIME DA. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COORDINATOR | | | | | | | | | | | | |
| 02/22/06 | 8 REFER COMM./DHO | 0 | 0 | 0 | | 0 | 0 | 0 | | | | |
| COMMITTEE/DHO | | | | | | | | | | | | |
| 02/27/06 | 1 GUILTY-MAJ.VIOL | 0 | 0 | 30 | 60 | 0 | | 0 | 1 | | 10 | |

SUSPENSION DAYS:

PC RESCISSION AS OF:
APPEAL DATE: OUTCOME: AS OF:
TIME FORFEIT APPROVED BY: ON:
FORFEITED TIME STATUS: 1 N/A TIME RESTORED: 0000 DAYS ON
RECORD AUDITED ON 08/17/2005 CL3/ISOL ENTERED - 02/27/20(
PRESS ENTER FOR NXT PAGE

P/N 0 197067 01/03/07 11.58
IISB133 DISCIPLINE VIOLATION PAGE
ADC NO: 197067 NAME: HINES, JAMES L. STATUS: ACTIVE
*** NEW CODE *** CUR.LOC.: ASPC-E SMU II REL.DT: 02/27/2010
CASE NO: 06-A21-0085 CONCURRENT PENALTY?: N
VIOLATION DATE: 03/21/06 TIME: 08:35 LOCATION: 01 HOUSING AREA
INJURIES:STAFF: 0 INMATE: 0 VISITOR: 0
VIO. NO.: B16 DISRESPECT REPORTED BY: WSA6 WASHBURN, SAM
ORIGINAL: B16 DISRESPECT STATUS: F FINALIZED

*********************DISPOSITION***************

| DATE | VERDICT | 01 VR | 02 WR | 03 PRV DA. | 04 PC DA. | 05 RK | 06 XDU HR. | 07 RA | 08 RC | 09 REST $$$ | 10 ISO /DET | 11 TIME DA. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COORDINATOR | | | | | | | | | | | | |
| 03/22/06 | 8 REFER COMM./DHO | 0 | 0 | 0 | | 0 | 0 | 0 | | | | |
| COMMITTEE/DHO | | | | | | | | | | | | |
| 03/27/06 | 1 GUILTY-MAJ.VIOL | 0 | 0 | 30 | 30 | 0 | | 0 | 1 | | | 50 |
| | SUSPENSION DAYS: | | | | | | | | | | | |

PC RESCISSION AS OF:
APPEAL DATE: 04/12/06 OUTCOME: 2 FINDINGS UPHELD AS OF: 04/25/06
TIME FORFEIT APPROVED BY: D DIRECTOR ON: 05/09/06
FORFEITED TIME STATUS: 2 APPLIED TIME RESTORED: 0000 DAYS ON
RECORD AUDITED ON 08/17/2005 CL3/ISOL ENTERED - 03/31/20
PRESS ENTER FOR NXT PAGE

```
P/N  0 197067                                                   01/03/07 11.58
  IISB133                        DISCIPLINE VIOLATION                   PAGE
ADC NO: 197067    NAME: HINES, JAMES L.                     STATUS: ACTIVE
  *** NEW CODE ***       CUR.LOC.: ASPC-E SMU II            REL.DT: 02/27/2010
CASE NO: 06-A21-0184         CONCURRENT  PENALTY?: N
VIOLATION DATE: 06/05/06     TIME: 09:15     LOCATION: 04 REC./ATHLETIC FIELD
                             INJURIES:STAFF: 0   INMATE: 0   VISITOR: 0
VIO. NO.: B02 THREATEN W/HARM                    REPORTED BY: LRW4 LITTLETON, RA
ORIGINAL: B02 THREATEN W/HARM                    STATUS: F FINALIZED
                             *********************DISPOSITION****************
  DATE      VERDICT          01 02  03    04  05   06   07  08   09   10  11
                             VR WR PRV    PC  RK  XDU   RA  RC  REST ISO TIME
COORDINATOR                        DA.    DA.      HR.           $$$ /DET DA.
06/06/06 8 REFER COMM./DHO 0 0    0           0    0    0
COMMITTEE/DHO
06/26/06 1 GUILTY-MAJ.VIOL 0 0   30    60     0         0   1                 10
          SUSPENSION DAYS:
                                              PC RESCISSION AS OF:
APPEAL DATE: 07/26/06   OUTCOME: 2 FINDINGS UPHELD       AS OF: 08/09/06
TIME FORFEIT APPROVED BY: D DIRECTOR     ON: 08/22/06
FORFEITED TIME STATUS: 2 APPLIED      TIME RESTORED: 0000 DAYS ON
          RECORD AUDITED ON 08/17/2005             CL3/ISOL ENTERED - 06/27/20
                                                    PRESS ENTER FOR NXT PAGE
```

```
P/N  0 197067
   IISB133                                                          01/03/07 11.58
                                  DISCIPLINE VIOLATION                        PAGE
ADC NO: 197067     NAME: HINES, JAMES L.                       STATUS: ACTIVE
  *** NEW CODE ***        CUR.LOC.: ASPC-E SMU II              REL.DT: 02/27/2010
CASE NO: 06-A11-0030         CONCURRENT  PENALTY?: N
VIOLATION DATE: 02/21/06     TIME: 11:50     LOCATION: 01 HOUSING AREA
                             INJURIES:STAFF: 0   INMATE: 0   VISITOR: 0
VIO. NO.: B02 THREATEN W/HARM                     REPORTED BY: BDC5 BOHUSZEWICZ,D
ORIGINAL: B02 THREATEN W/HARM                     STATUS: F FINALIZED
                             *********************DISPOSITION***************
  DATE      VERDICT          01 02  03    04  05  06   07  08   09    10   11
                             VR WR PRV    PC  RK  XDU  RA  RC  REST   ISO TIME
COORDINATOR                        DA.    DA.      HR.          $$$  /DET  DA.
02/22/06 8 REFER COMM./DHO 0 0     0          0    0    0
COMMITTEE/DHO
02/27/06 1 GUILTY-MAJ.VIOL 0 0    30      60  0         0   1          10
              SUSPENSION DAYS:
                                              PC RESCISSION AS OF:
APPEAL DATE:             OUTCOME:                           AS OF:
TIME FORFEIT APPROVED BY:                    ON:
FORFEITED TIME STATUS: 1 N/A           TIME RESTORED: 0000 DAYS ON
              RECORD AUDITED ON 08/17/2005            CL3/ISOL ENTERED - 02/27/20(
                                                        PRESS ENTER FOR NXT PAGE
```

STATE OF ARIZONA

JANET NAPOLITANO
GOVERNOR

OFFICE OF THE GOVERNOR
1700 WEST WASHINGTON STREET, PHOENIX, AZ 85007

MAIN PHONE: 602-542-4331
FACSIMILE: 602-542-7601

October 17, 2007

James Lynn Hines #197067
ASPC – Eyman SMUII
Florence, Arizona 85232

Mr. Hines:

Thank you for your correspondence. Our staff has reviewed your information and I have been asked to respond to your concerns on behalf of the Governor.

As the Executive Branch of Government, we are precluded from intervening in matters pending before the courts, administrative proceedings or matters involving law enforcement. Please continue to work with your present attorney on this matter.

Regards,

Office of Constituent Services

P/N 0 197067 Attachment # 2 01/03/07 11.58.
IISB133 DISCIPLINE VIOLATION PAGE (
ADC NO: 197067 NAME: HINES, JAMES L. STATUS: ACTIVE
*** NEW CODE *** CUR.LOC.: ASPC-E SMU II REL.DT: 02/27/2010
CASE NO: 05-A01-0867 CONCURRENT PENALTY?: N
VIOLATION DATE: 11/28/05 TIME: 15:15 LOCATION: 01 HOUSING AREA
INJURIES:STAFF: 0 INMATE: 0 VISITOR: 0
VIO. NO.: B12 LOSS/DESTRC PROP REPORTED BY: MJRP MORONEZ, JUAN
ORIGINAL: B12 LOSS/DESTRC PROP STATUS: F FINALIZED
**********************DISPOSITION*****************

| DATE | VERDICT | 01 VR | 02 WR | 03 PRV DA. | 04 PC DA. | 05 RK | 06 XDU HR. | 07 RA | 08 RC | 09 REST $$$ | 10 ISO /DET | 11 TIME DA. | F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COORDINATOR | | | | | | | | | | | | | |
| 12/12/05 | 8 REFER COMM./DHO | 0 | 0 | 0 | | 0 | 0 | 0 | | | | | |
| COMMITTEE/DHO | | | | | | | | | | | | | |
| 12/19/05 | 1 GUILTY-MAJ.VIOL | 1 | 0 | 30 | 60 | 0 | | 0 | | | 10 | | |

SUSPENSION DAYS:
PC RESCISSION AS OF:
APPEAL DATE: OUTCOME: AS OF:
TIME FORFEIT APPROVED BY: ON:
FORFEITED TIME STATUS: 1 N/A TIME RESTORED: 0000 DAYS ON
RECORD AUDITED ON 08/17/2005 CL3/ISOL ENTERED - 12/20/20(
PRESS ENTER FOR NXT PAGE

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILING FEE PAID Yes___ No ✓
IFP MOTION FILED Yes___ No ✓
COPIES SENT TO Court ✓ Prose

FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I (a) PLAINTIFFS

**James Lynn O'Hines**

DEFENDANTS

**Ontiveros, et al.**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**James Lynn O'Hines**
**PO Box 3400**
**Florence, AZ 85232**
**197067**

ATTORNEYS (IF KNOWN)

'08 CV 0763 J PCL

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**42 U.S.C. 1983**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS: PERSONAL INJURY | TORTS: PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| | | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | | ☐ 950 Constitutionality of State |
| | | | | | ☐ 890 Other Statutory Actions |

| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |
|---|---|---|
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights |
| ☐ 290 All Other Real Property | | |

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 DEMAND $ Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE Docket Number

DATE 4/24/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~ [signature]